**Exhibit A to the Complaint**

**Location:** Monterey, CA  **IP Address:** 108.231.57.59
**Total Works Infringed:** 37  **ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E4703EF87787F8A810E51679095C9ADD77D8AD40 | Vixen | 11/22/2017 02:45:45 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 02F686CD89E1BEEEE6EC1931E1EFBD7ED7695EE9 | Blacked | 09/24/2017 19:01:41 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 3 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/22/2017 03:24:43 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 4 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 08/10/2017 01:38:11 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 5 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 09/20/2017 21:21:39 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 6 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/21/2017 01:23:26 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 7 | 18135D88BEC36E1612EAF5C52538872EC4CE5E7B | Vixen | 06/02/2017 02:37:56 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 8 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 06/02/2017 13:13:32 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 9 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/14/2017 05:46:49 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 10 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/30/2017 10:24:57 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 11 | 3A7F6BEB952391561E7747B47567444D8EF99790 | Tushy | 12/12/2017 00:34:29 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 12 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 06/19/2017 04:11:17 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 13 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | Vixen | 10/20/2017 15:21:59 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 14 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/30/2017 15:48:21 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 15 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 05/22/2017 03:29:41 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 16 | 5D1C79862D2D88C368F21DE1E3B22490C6E4F8CE | Tushy | 05/15/2017 14:25:40 | 05/11/2017 | 06/22/2017 | PA0002039286 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 08/01/2017 09:59:55 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 18 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 06/02/2017 12:39:20 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 19 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/06/2017 15:31:40 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 20 | 93CA44DFF7066CAF6B79B39890525ADB5BED10C0 | Tushy | 08/29/2017 08:33:53 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 21 | 98554E374BA6F6D78DDCAA70075DE6D2D7F18510 | Tushy | 06/06/2017 12:22:42 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 22 | 9B5E94F7A0C627798E8020DFAA9A28609D1AB82A | Tushy | 07/21/2017 06:34:32 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 23 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/19/2017 04:22:15 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 24 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/08/2017 18:21:16 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 25 | 9EDC2D673C24288D418E7D4B09567DF9E4FB6272 | Tushy | 07/04/2017 16:07:30 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 26 | A3DA962966B22156A853DCCE4289A66A113ECF29 | Tushy | 09/01/2017 15:03:53 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 27 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/11/2017 01:59:14 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 28 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/04/2017 20:51:49 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 29 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/09/2017 02:47:56 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 30 | C16AAC7AA5A8639F99C625FC690FF54E6AB906B1 | Tushy | 09/14/2017 20:59:21 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 31 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 08/06/2017 21:02:43 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 32 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 07/16/2017 19:44:39 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 33 | D3F0361A91D4718005F10F741D1BA2C948E0E702 | Blacked | 08/25/2017 21:24:51 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 34 | D8A41853F7D390AB0AB99CB6C3DA35FCC1993031 | Vixen | 07/21/2017 06:36:00 | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/10/2017 01:50:51 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 36 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 08/10/2017 02:47:50 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 37 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 22:00:40 | 09/21/2017 | 09/28/2017 | 15894022962 |