1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10  STRIKE 3 HOLDINGS, LLC,

11              Plaintiff,

12  vs.

13

14  JOHN DOE subscriber assigned IP address
    108.231.57.59,

15              Defendant.

16

17

Case Number: 3:18-cv-00694-LB

Honorable Laurel Beeler

**[PROPOSED] ORDER ON PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR**
**EXTENSION OF TIME WITHIN WHICH**
**TO EFFECTUATE SERVICE ON JOHN**
**DOE DEFENDANT**

18

19       THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of

20  an Order extending the time within which to effectuate service on John Doe Defendant with a

21  summons and Complaint, and the Court being duly advised in the premises does hereby:

22       ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until

23  July 30, 2018 to effectuate service of a summons and Complaint on Defendant.

24       SO ORDERED this __2nd__ day of _____May_____, 2018.

25

26  By:_____
       United States Magistrate Judge
       Honorable Laurel Beeler

27

28

1